JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

PABLO HERNANDEZ SEGURA,
Petitioner,
v.
WARDEN OF ADELANTO DETENTION FACILITY, et al.,
Respondents.

Case No. 2:26-cv-5944-SK

**JUDGMENT**

Pursuant to the Order Denying in Part and Dismissing in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: July 14, 2026

STEVE KIM
United States Magistrate Judge